No. 505, Misc.  HOUSTON *v.* MISSOURI.  Petition for writ of certiorari to the Supreme Court of Missouri denied for the reason that application therefor was not made within the time provided by law.  28 U. S. C. § 2101 (d); Rule 38½ of the Rules of this Court.

No. 511, Misc.  LEE *v.* TENNESSEE.  Petition for writ of certiorari to the Supreme Court of Tennessee denied for the reason that application therefor was not made within the time provided by law.  28 U. S. C. § 2101 (d); Rule 38½ of the Rules of this Court.

No. 540, Misc.  WILLIAMS *v.* UNITED STATES.  C. A. 9th Cir.  Motion to enlarge time denied.  Certiorari denied.

No. 52.  TERRY ET AL. *v.* ADAMS ET AL., *ante,* p. 461;

No. 290.  WATSON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 544;

No. 671.  WASHINGTON ET AL. *v.* UNITED STATES, *ante,* p. 956; and

No. 719.  SOBELL *v.* UNITED STATES, *ante,* p. 965. Petitions for rehearing denied.

No. 314.  McRAE *v.* WOODS, ACTING HOUSING EXPEDITER, 344 U. S. 892.  Motion for leave to file a second petition for rehearing denied.

No. 687.  ROSENBERG ET AL. *v.* UNITED STATES, *ante,* p. 965.  Petition for rehearing denied.  MR. JUSTICE FRANKFURTER deems it appropriate to state once more that the reasons that preclude publication by the Court, as a general practice, of votes on petition for certiorari guide him